**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**TERESA RUDD, Individually**
**and as Administratrix**
**of the Estate of CHAVIS**
**CHACOBIE CARTER, deceased**                                              **PLAINTIFF**

**v.**                                    **Case No. 3:13-cv-00173 KGB**

**THE CITY OF JONESBORO, et al.**                                          **DEFENDANTS**

**ORDER**

In its November 26, 2014, Order, the Court took under advisement plaintiff Teresa Rudd's motion to continue the trial date in this matter, pending the Court's resolution of Ms. Rudd's motion to compel (Dkt. No. 23).   On April 15, 2015, the Court held a telephone conference in this case with counsel for all parties regarding Ms. Rudd's motion to compel and took under advisement Ms. Rudd's motion to compel, pending status reports to be filed by the parties.   Accordingly, the Court removes this case from the trial docket for the week of April 20, 2015.   Upon receiving counsel's status reports and resolving Ms. Rudd's motion to compel, the Court will confer will counsel for all parties to set new deadlines regarding discovery, expert disclosures, and dispositive motions; and to set a new trial date.

SO ORDERED this 16th day of April, 2015.

_____
Kristine G. Baker
United States District Judge