IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERESA RUDD, Individually
and as Administratrix
of the Estate of CHAVIS
CHACOBIE CARTER, deceased                                               PLAINTIFF

v.                         Case No. 3:13-cv-00173 KGB

THE CITY OF JONESBORO, et al.                                           DEFENDANTS

## ORDER

In its April 16, 2015, Order, the Court removed this case from the trial docket and stated that it would resolve plaintiff Teresa Rudd's motion to compel and set new discovery deadlines and a trial date upon receiving status reports from the parties regarding discovery issues (Dkt. No. 27). In its status report, separate defendant the City of Jonesboro stated that the parties have now agreed that the City of Jonesboro will produce voluntarily certain items to be shipped to Ms. Rudd's potential expert witness (Dkt. No. 31). Ms. Rudd has communicated to the Court that the parties' agreement has resolved the issues raised in her motion to compel. Accordingly, the Court denies as moot Ms. Rudd's motion to compel (Dkt. No. 19). The Court will set new discovery deadlines, expert disclosure deadlines, dispositive motion deadlines, and a new trial date by separate order.

SO ORDERED this 19th day of June, 2015.

_____
Kristine G. Baker
United States District Judge