# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TERESA RUDD, Individually and as Administratrix**
**of the Estate of CHAVIS CHACOBIE CARTER, deceased**                    **PLAINTIFF**

v.                            Case No. 3:13-cv-00173 KGB

**THE CITY OF JONESBORO, et al.**                                        **DEFENDANTS**

## ORDER

Before the Court is plaintiff Teresa Rudd's motion for continuance of trial (Dkt. No. 48). The defendants do not object to Ms. Rudd's motion. For good cause shown, Ms. Rudd's motion is granted (Dkt. No. 48). This case is removed from the trial calendar for the week of September 19, 2016. The Court will issue an Order on defendants' motion for summary judgment by separate Order, and the Court will reset the trial date and pretrial deadlines in this matter by separate Order, if necessary.

So ordered this 2nd day of September, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge