IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TERESA RUDD, Individually and as Administratrix
of the Estate of CHAVIS CHACOBIE CARTER, deceased**        **PLAINTIFF**

v.                    Case No. 3:13-cv-00173 KGB

**THE CITY OF JONESBORO,** *et al*.                **DEFENDANTS**

## JUDGMENT

In accordance with the Orders entered on this date and on September 9, 2016, plaintiff Teresa Rudd's claims are dismissed with prejudice.

So adjudged this 1st day of March, 2017.

_____
Kristine G. Baker
United States District Judge